# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2024-2226
5D2024-2227
LT Case Nos. 2021-CF-002494-A
2022-CF-002023-A

_____

SHANON LYNN DAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Brandt,
Assistant Public Defender, Daytona Beach, for Appellant.

Shanon Lynn Day, Zephyrhills, pro se.

James Uthmeier, Attorney General, Tallahassee, Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.


December 23, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____